# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO POLANCO, | ) | 1:12-cv-01306 GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION |
| | ) | AS DUPLICATIVE |
| v. | ) | |
| | ) | |
| M. D. BITER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR) at Pelican Bay State Prison, brings this action against M.D. Biter and other

1 correctional officials employed by the CDCR at Kern Valley State Prison. The incident at issue in
2 this lawsuit is the use of force on Plaintiff on May 5, 2011. Plaintiff makes the exact same allegation
3 in Polanco v. Biter, 1:12 cv 00984 GBC PC, filed on June 19, 2012. This action was filed on August
4 10, 2012. That action challenges the use of force on Plaintiff on May 5, 2011. A review of this
5 complaint reveals that the allegations are identical to the earlier action.
6     Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, as
7 duplicative of the earlier action.

12     IT IS SO ORDERED.
13     Dated:   **September 18, 2012**          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE