UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIGOBERTO POLANCO, | ) | 1:12-cv-01306-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTIONS AS MOOT |
| vs. | ) ) | |
| M. D. BITER, | ) | (Doc. 8.) |
| Defendant. | ) ) ) | |

    Rigoberto Polanco ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

    This case was dismissed on September 19, 2012, as duplicative of another case. (Doc. 5.) On October 9, 2012, Plaintiff filed motions for appointment of counsel and for leave to amend the complaint. (Doc. 8.) In light of the dismissal of this case on September 19, 2012, Plaintiff's motions are moot and shall be denied as such.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions, filed on October 9, 2012, are DENIED AS MOOT.

    IT IS SO ORDERED.

Dated:   October 11, 2012          /s/ Gary S. Austin
                                                       UNITED STATES MAGISTRATE JUDGE